

CRAIG THOR KIMMEL+−^
ROBERT M. SILVERMAN+*-

AMY L. BENNECOFF GINSBURG+*#µ¢§ à »
SHAWN BACHMAN+*
W. CHRISTOPHER COMPONOVO ˣ#¥£
CHAD P. DOMAN+£
JACOB U. GINSBURG+*§
JASON L. GRESHES +*-
JACQUELINE C. HERRITT+*#ⁱ.○*♦
ROBERT A. RAPKIN+
ANGELA K. TROCCOLI*□±

+ Member, PA Bar
* Member, NJ Bar
ˣ Member, DE Bar
- Member, NY Bar
^ Member, MA Bar
# Member, MD Bar
♦ Member, OH Bar
§ Member, MI Bar
□ Member, NH Bar
± Member, CT Bar
« Member, TN Bar
ᵘ Member, WY Bar
¥ Member, DC Bar
ᵉ Member, CA Bar
○ Member, WI Bar
£ Member, WV Bar
§ Member, FL Bar
à Member, AZ Bar
» Member, TX Bar
£Member, WV Bar
§Member, MI Bar

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 600-2112

**BUCKS COUNTY,** Box 400, 400 South Main Street, 1st Floor, New Hope, PA 18938, P (267) 468-7669. F (215) 540-8817
**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 11th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA,** 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001
**CALIFORNIA**, 388 Market Street, Suite 1300, San Francisco, CA 94111, P (415) 947-7827, F (215) 540-8817
**OHIO**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431, P (937) 306-7220, F (215) 540-8817

August 31, 2020

Via ECF
Honorable Clifton L. Corker
United States District Judge
800 Market Street
Suite 130 Knoxville, TN 37902

      Re:    Thomas v. Healthcare Revenue Recovery Group, LLC
               3:20-cv-00358-DCLC-HBG

Dear Judge Corker,

     On August 13, 2020 the Court issued a document entitled Notice of Deficiency-Pro Hac Motion (D.E. 3). The Notice indicates that the undersigned is not admitted to the Court and required a Pro Hac Vice Motion be filed. The undersigned was admitted to this Court on April 16, 2010. For this reason, it does not appear a Pro Hac Vice Motion is necessary since I am admitted to this Court. If the Court requires any additional information, please let me know.

                                  Respectfully,

                                  /s/ Amy Lynn Bennecoff Ginsburg
                                  AMY LYNN BENNECOFF GINSBURG

cc: Healthcare Revenue Recovery group, LLC via U.S. mail

*"When Debt Collectors called you, they never expected you to call us"*

© Copyright 2009-2020 All Rights Reserved, Kimmel & Silverman, P.C.