# RETURN OF SERVICE

State of Tennessee                                                                                           County of

Case Number: 3:20-CV-358

Plaintiff:
**Jerry Thomas**

vs.

Defendant:
**Healthcare Revenue Recovery Group, LLC**

For:
Amy Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Received by Pro Serve on the 27th day of August, 2020 at 1:40 pm to be served on **Healthcare Revenue Recovery Group, LLC RA: Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Rhonda Frerichs, do hereby affirm that on the **27th day of August, 2020** at **3:14 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Civil Cover Sheet; Summons in a Civil Action; Complaint; Order Governing Depositions; Memorandum and Order Regarding Sealing Confidential Information** with the date and hour of service endorsed thereon by me, to: **Karl Lueschen** as **Registered Agent** at the address of: **801 Adlai Stevenson Drive, Springfield, IL 62703** on behalf of **Healthcare Revenue Recovery Group, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 200, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server, in good standing, in the judicial circuit in which the process was served.

*[signature]*
**Rhonda Frerichs**
IL 115.002478

**Pro Serve**
**PO Box 9392**
**Springfield, IL 62791**
**(217) 341-2114**

Our Job Serial Number: RKC-2020000267

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n