# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**JERRY THOMAS,**

    Plaintiff

v.

**HEALTHCARE REVENUE RECOVERY GROUP, LLC,**

    Defendants

No: 3:20-cv-00358 DCLC-HBG

## MOTION FOR ADMISSION PRO HAC VICE OF HEATHER GWINN PABON

The undersigned, counsel for Defendant Healthcare Revenue Recovery Group, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1), I have paid the **filing fee of $90.00**, and

__X__ I am a member in good standing of the highest courts of the following states: Tennessee, Georgia, and Kentucky.

__X__ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the District court is attached.

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **No filing fee required.**

____ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 19, 2020    Respectfully submitted,

    GORDON REES SCULLY MANSUKHANI, LLP

    */s/ Pamela Bagley Webb*

Pamela Bagley Webb, BPR 33698
3401 Mallory Lane, Suite 120
Franklin, Tennessee 37067
Phone: (615)772-9022
pwebb@grsm.com