UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JERRY THOMAS, | ) |
| Plaintiff, | ) 3:20-CV-00358-DCLC |
| vs. | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant | ) |

**ORDER**

On November 24, 2020, the Court issued a show cause order directing counsel for Plaintiff to show cause why she failed to participate in the scheduling conference as set by the Court [Doc. 22]. Plaintiff's counsel, Amy L. Bennecoff Ginsburg responded the same day [Doc. 23]. The Court has reviewed her response and finds good cause for her absence. The show cause order is **DISCHARGED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge