# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| **JERRY THOMAS** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 3:20-cv-00358 DCLC-HBG |
| Plaintiff. | | |
| v. | | |
| **HEALTHCARE REVENUE RECOVERY GROUP, LLC** | | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 1, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Heather Gwinn Pabon**
**Pamela Bagley Webb**
**Gordon Rees Scully Mansukhani, LLP**
**3401 Mallory Lane, Suite 120**
**Franklin, TN 37067**
Attorney for Defendant


Dated: September 1, 2021         By: */s/ Jacob U. Ginsburg*
                                        Jacob U. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: jginsburg@creditlaw.com