UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JERRY THOMAS, ) | |
| ) | |
| Plaintiff, ) | 3:20-CV-00358-DCLC-HBG |
| ) | |
| vs. ) | |
| ) | |
| HEALTHCARE REVENUE RECOVERY ) | |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has received a Notice of Settlement [Doc. 34], which informs the Court that the parties have reached a settlement. It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal on or before 60 days. If additional time is needed to file the Stipulation, the parties may so notify the Court and request an extension. If a Stipulation is not filed and an extension is not requested, the Court will dismiss this case after 60 days based upon the Notice of Settlement [Doc. 34]. It is further **ORDERED** that the Final Pretrial Conference set for December 21, 2021 and the Jury Trial set for January 11, 2022 are **CANCELLED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge